IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-310-FDW

| | |
|---|---|
| JOHN LEWIS WRAY, ) ) Petitioner, ) ) vs. ) ) STATE OF NORTH CAROLINA, ) ) Respondent. ) ) | **O R D E R** |

UPON MOTION OF Petitioner, (Doc. No. 18), for Reconsideration of the Court's prior Order dismissing Petitioner's habeas petition filed under 28 U.S.C. § 2254,

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration is DENIED for the same reasons given in the Court's Order dismissing the petition.

Signed: March 26, 2014

Frank D. Whitney
Chief United States District Judge