**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-310-FDW**

| | |
|---|---|
| JOHN LEWIS WRAY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

UPON MOTION OF Petitioner (Doc. No. 20) for Reconsideration of the Court's prior Order dismissing Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration is **DENIED**, as Petitioner asserts the same arguments regarding an alleged defective indictment that this Court has already rejected in its order dismissing the original § 2254 petition. (Doc. No. 15). Moreover, the Court had already denied a prior motion for reconsideration brought by Petitioner on the same grounds.

Signed: April 21, 2015

Frank D. Whitney
Chief United States District Judge